IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Garcia, David | Case Number:  08 B 05158 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/16/08 | Filed:  3/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  July 31, 2008
Confirmed:  May 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.00 | 0.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 314.00 | 0.00 |
| 3. | Galway Financial Service | Unsecured | 19.59 | 0.00 |
| 4. | AIS Services | Unsecured | 17.09 | 0.00 |
| 5. | Paragon Way Inc | Unsecured | 30.50 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 43.37 | 0.00 |
| 7. | Collins Receivables | Unsecured | 23.50 | 0.00 |
| 8. | DuPage County Collector | Unsecured | | No Claim Filed |
| 9. | Harris & Harris | Unsecured | | No Claim Filed |
| 10. | I C Systems Inc | Unsecured | | No Claim Filed |
| 11. | KCA Financial Services | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 14. | Park Dansan | Unsecured | | No Claim Filed |
| 15. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,927.05 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Garcia, David

Printed:  9/16/08

Case Number:  08 B 05158
Judge:  Wedoff, Eugene R
Filed:  3/4/08

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

